FILED
CLERK, U.S. DISTRICT COURT

MAR - 7 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                    Plaintiff,

              v.

Ricky Blodgett

                    Defendant.

CASE NO. CR03-960-DDP

ORDER OF DETENTION

[Fed. R. Crim. P. 32.1(a)(6);
18 U.S.C. § 3143 (a)]

## I.

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___Cent Dist Cal___

for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.   (X)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on _____
_____Allegation in Petition_____
_____

1

2  _____

3  _____

4  and/or

5  B.    ( )    The defendant has not met his/her burden of establishing by clear and

6  convincing evidence that he/she is not likely to pose a danger to the safety of

7  any other person or the community if released under 18 U.S.C. § 3142(b) or

8  (c).  This finding is based on _____

9  _____

10  _____

11  _____

12  _____

13

14  IT IS THEREFORE ORDERED that the defendant be detained pending

15  further revocation proceedings.

16

17

18  Dated:    3/7/12
              _____

19

20

21

22  _____
    MICHAEL R. WILNER
    UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28
    _____